# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **EDDIE ESKRIDGE,** | ) |
| | ) |
| Plaintiff. | ) Case No.: 3:19-cv-01736-S |
| | ) |
| v. | ) |
| | ) |
| **SYNCHRONY BANK f/k/a** | ) |
| **CAPITAL RETAIL BANK,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: January 2, 2020        By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> Steve Smith, Esquire
> Reed Smith LLP
> 2501 North Harwood Street, Suite 1700
> Dallas, TX 75201
> stevesmith@reedsmith.com
> Attorney for Defendant

Dated: January 2, 2020                    By: */s/ Amy L. B. Ginsburg*
                                              Amy L. B. Ginsburg, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: aginsburg@creditlaw.com