# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| EDDIE ESKRIDGE, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:19-cv-01736-S |
| | § | |
| v. | § | |
| | § | |
| SYNCHRONY BANK f/k/a CAPITAL RETAIL BANK, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Steve Smith | */s/* Amy L. B. Ginsburg |
| Steve Smith, Esq. | Amy L. B. Ginsburg, Esq. |
| Reed Smith LLP | Kimmel & Silverman, P.C. |
| 2501 North Harwood Street | 30 East Butler Pike |
| Suite 1700 | Ambler, PA 19002 |
| Dallas, TX 75201 | Phone: 215-540-8888 |
| Phone: 469-680-4247 | Fax: 215-540-8817 |
| Email: stevesmith@reedsmith.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: March 3, 2020 | Date: March 3, 2020 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Steve Smith, Esq.
Reed Smith LLP
2501 North Harwood Street
Suite 1700
Dallas, TX 75201
Phone: 469-680-4247
Email:  stevesmith@reedsmith.com
Attorney for the Defendant


Dated: March 3, 2020                    By: /s/ Amy L. B. Ginsburg
                                        Amy L. B. Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: teamkimmel@creditlaw.com
                                        Attorney for Plaintiff